FILED
07 JAN 18 PM 3:30
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2150 SIGOURNEY JOSSIAH - FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, An Individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>CCS INVESTMENTS, INC., d.b.a. THE VILLAGE GRILLE; ANTHONY A. CIANI AND LISA W. CIANI REVOCABLE TRUST, dated 02-07-92; And DOES 1 THROUGH 10, Inclusive<br><br>        Defendants. | Case No.: 06cv1882 WQH (LSP)<br><br>ORDER GRANTING PLAINTIFFS' EX-PARTE APPLICATION TO EXTEND THE DATE BY WHICH DEFENDANTS CCS INVESTMENTS, INC., d.b.a. THE VILLAGE GRILLE; and ANTHONY A. CIANI AND LISA W. CIANI REVOCABLE TRUST, dated 02-07-92 TRUST MAY BE SERVED WITH SERVICE OF PROCESS |

///
///
///
///
///
///

-1-

Case Number: 06cv1882 WQH (LSP)

1  FOR GOOD CAUSE SHOWN, IT IS ORDERED:

3      1.  An extension of time to effectuate service of process on Defendants CCS INVESTMENTS, INC., d.b.a. THE VILLAGE GRILLE; and ANTHONY A. CIANI AND LISA W. CIANI REVOCABLE TRUST, dated 02-07-92, is granted for a period of time not to exceed ninety (90) days from the date this order is executed.

Dated: 1/17/07

Honorable William Q. Hayes
U.S. District Court Judge