**PINNOCK & WAKEFIELD**
Michelle L. Wakefield, Esq.   Bar #: 200424
David C. Wakefield, Esq.      Bar #: 185736
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2150 SIGOURNEY JOSSIAH - FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, An Individual,<br><br>  Plaintiffs,<br><br>v.<br><br>CCS INVESTMENTS, INC., d.b.a. THE VILLAGE GRILLE; ANTHONY A. CIANI AND LISA W. CIANI REVOCABLE TRUST, dated 02-07-92; And DOES 1 THROUGH 10, Inclusive<br><br>  Defendants. | Case No.: 06cv1882 WQH (LSP)<br><br>MOTION FOR VOLUNTARY DISMISSAL AND DISMISSAL <u>WITHOUT</u> PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**IT IS HEREBY MOVED** by Plaintiffs 2150 SIGOURNEY JOSSIAH - FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, and, An Individual, via their attorney of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal **without** prejudice of ALL Defendants from Plaintiffs' Complaint, Case Number: 06cv1882 WQH (LSP), as Counsel for Plaintiffs were

Case Number: 06cv1882 WQH (LSP)

informed on Friday, March 23, 2007, the business is no longer in operation. Additionally, Plaintiffs request Plaintiffs' Civil Complaint by dismissed **without** prejudice in its entirety.

**IT IS SO MOVED.**

Dated: March 27, 2007                **PINNOCK & WAKEFIELD, A.P.C.**


By:   s/ Michelle Wakefield
      Attorney for Plaintiffs
      E-mail: MichelleWakefield@
      PinnockWakefieldLaw.com

Case Number: 06cv1882 WQH (LSP)

| | |
|---|---|
| 1 | **PINNOCK & WAKEFIELD, A.P.C.** |
| | Michelle L. Wakefield, Esq.　　Bar #:　200424 |
| 2 | David C. Wakefield, Esq.　　　Bar #:　185736 |
| | 3033 Fifth Avenue, Suite 410 |
| 3 | San Diego, CA  92103 |
| | Telephone: (619) 858-3671 |
| 4 | Facsimile: (619) 858-3646 |
| 5 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2150 SIGOURNEY JOSSIAH - FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, An Individual,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CCS INVESTMENTS, INC., d.b.a. THE VILLAGE GRILLE; ANTHONY A. CIANI AND LISA W. CIANI REVOCABLE TRUST, dated 02-07-92; And **DOES 1 THROUGH 10, Inclusive**<br><br>　　　　　Defendants. | Case No.: 06cv1882 WQH (LSP)<br><br>**PROOF OF SERVICE VIA UNITED STATES MAIL**<br><br>[Fed.R.Civ.P. 6(e)] |

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

　　I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

　　On this date, I served the following document(s) described as **MOTION FOR VOLUNTARY DISMISSAL AND DISMISSAL WITHOUT PREJUDICE**

1
Case Number: 06cv1882 WQH (LSP)

| | |
|---|---|
| 1 | **OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT** on all Defendants in |
| 2 | this action by: |
| 3 | |
| 4 | __X__ placing ____ the original __X__ a true copy |
| 5 | thereof enclosed in sealed enveloped addressed as stated below. |

**Charles K. Bell, Esq.**
**1560 Scott St**
**San Diego, California 92106-2333**
**ATTORNEY FOR DEFENDANT CCS INVESTMENTS, INC., d.b.a. THE VILLAGE GRILLE**

**ANTHONY A. CIANI AND LISA W. CIANI REVOCABLE TRUST,**
**dated 02-07-92**
**340 Dunemere Drive**
**La Jolla, California 92037**

__X__ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid, mailed at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ **BY UNITED STATES EXPRESS MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United Postal Service, Express Mail Division. Under that practice, it would be deposited with the U.S. Postal Service, Express Mail Division on

the same day with postage thereon fully prepaid, mailed at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. The United States Postal Service Express Mail Tracking Number is printed immediately under the party or representative served.

\_\_\_\_\_ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee.

\_\_\_\_\_ **STATE:** I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

\_\_X\_\_ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.

**EXECUTED** on March 27, 2007, at San Diego, California.

_____
Angela T. Payne